IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| RICHARD F. BOWLING and wife, BETTY BOWLING, | ) ) ) | |
| Plaintiffs | ) ) | |
| V | ) ) | 1:07 CV 183 |
| SAFECO INSURANCE COMPANY OF AMERICA, | ) ) ) ) | |
| Defendant. | ) | |

## **ORDER**

**THIS MATTER** is before the court upon the defendant's motions for admission *pro hac vice* (#2) (#3) of Kristen M. Kelly and Wayne D. Taylor of the law firm of Mozley, Finlayson & Loggins, LLP, One Premier Plaza, Suite 900, 5605 Glenridge Drive, Atlanta, GA 30342, to appear as counsel for the defendant in this matter filed on May 22, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motions are **ALLOWED**, and that Kristen M. Kelly and Wayne D. Taylor are hereby granted special admission to the bar of this court, with payment of the admission fees having been paid to the Clerk of this court.

Signed: May 24, 2007

Dennis L. Howell
United States Magistrate Judge