# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:07cv183

| | | |
|---|---|---|
| **RICHARD F. BOWLING, and wife,**<br>**BETTY BOWLING,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **Vs.** | ) ) | **ORDER** |
| **SAFECO INSURANCE COMPANY**<br>**OF AMERICA,** | ) ) ) | |
| **Defendant.** | ) ) | |
| _____ | ) | |

**THIS MATTER** is before the court on plaintiffs' Withdraw of Motion to Remand, which the court has deemed to be a motion. Having considered plaintiffs' motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiffs' Motion to Withdraw Motion to Remand (#10) is **GRANTED,** and the Motion to Remand is **DENIED** as withdrawn.

Signed: July 2, 2007

Dennis L. Howell
United States Magistrate Judge